[Docket No. 28]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

KATHRYN TORRES AND TASHIVA :
TORRES :
 :
   Plaintiffs, : Civil Action No. 04-2233 (RMB)
 :
   v. : **ORDER**
 :
CITY OF ATLANTIC CITY, et al.,:
 :
   Defendants. :

   THIS MATTER having come before the Court upon Defendant's, the City of Atlantic City, motion for summary judgment; and the Court having reviewed the moving papers and the opposition thereto; and for the reasons set forth in the Opinion issued this date;

   IT IS hereby **ORDERED** that the Defendant's motion for summary judgment is **GRANTED**.

Dated: <u>April 24, 2007</u>   <u>s/Renée Marie Bumb</u>
       RENÉE MARIE BUMB
       United States District Judge